| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | RYAN DOWE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:18-po-00093-JLT |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; [~~PROPOSED~~] ORDER |
| vs. | (Doc. 10) |
| RYAN DOWE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Ryan Dowe, that the status conference currently scheduled for March 3, 2020, may be continued to April 7, 2020, at 9:00 a.m.  The parties have reached a tentative agreement to resolve the case and request this brief continuance in order to finalize the formal terms of the revised agreement.

//

//

//

//

//

//

//

| | | |
|---|---|---|
| 1 | | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | Date: February 26, 2020 | */s/ Matthew Lemke* |
| 4 | | MATTHEW LEMKE<br>Assistant Federal Defender |
| 5 | | Attorney for Defendant<br>RYAN DOWE |
| 6 | | |
| 7 | | MCGREGOR W. SCOTT<br>United States Attorney |
| 8 | Date: February 26, 2020 | */s/ Jeffrey Spivak* |
| 9 | | JEFFREY SPIVAK<br>Assistant United States Attorney |
| | | Attorney for Plaintiff |

**[~~PROPOSED~~] ORDER**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for March 3, 2020, is continued to April 7, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**February 27, 2020**__          _____/s/ Jennifer L. Thurston_____
                                                          UNITED STATES MAGISTRATE JUDGE